MJP

FILED

08 APR 16 PM 12:41

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**Def #1) Jose Manuel PONCE-Macareno,**<br>**Def #2) Marcos RODRIGUEZ-Perez**<br><br>Defendant(s) | Magistrate Case No. '08 MJ 1170<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii)<br><br>Transportation of Illegal Aliens |

The undersigned complainant, being duly sworn, states:

On or about **April 14, 2008** within the Southern District of California, defendant **Jose Manuel PONCE-Macareno and Marcos RODRIGUEZ-Perez** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Everardo GAMINO-Islas, Horacio MARTINEZ-Gonzalez,** and **Rodrigo RUIZ-Padilla** had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **16th** DAY OF **APRIL 2008**

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

M/P

**CONTINUATION OF COMPLAINT:**
**Jose Manuel PONCE-Macareno**
**Marcos RODRIGUEZ-Perez**

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that **Everardo GAMINO-Islas, Horacio MARTINEZ-Gonzalez, and Rodrigo RUIZ-Padilla** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On April 14, 2008, Border Patrol Agent Joseph A. Remenar was performing assigned duties with the East County Abatement Team (ECAT) near Pine Valley, California. Pine Valley is located approximately 8 miles east and 12 miles north of the Tecate, California Port of Entry. Agent Remenar was operating an unmarked Agency vehicle and was in plainclothes.

At approximately 9:10 p.m., Agent Remenar observed a white Ford Expedition exit the eastbound lanes of Interstate 8 at the Pine Valley Exit. After exiting the eastbound lanes of Interstate 8, the Expedition immediately turned onto the westbound lanes of the Interstate. Alien smuggling vehicles will often utilize the exit in order facilitate their illicit activities. The Pine Valley Exit is located approximately three miles west of the United States Border Patrol Checkpoint on Interstate 8. Due to its location west of the checkpoint, alien smuggling organizations are able to circumvent the checkpoint by loading their illicit cargo near Pine Valley.

Agent Remenar followed the Expedition onto Interstate 8 in order to conduct surveillance of the vehicle as it traveled westbound on the Interstate. Agent Remenar soon observed the Expedition pulled onto the shoulder of the Interstate just east of the Pine Valley Bridge. Shortly after pulling onto the shoulder of the Interstate, the Expedition re-entered the normal lanes of travel and continued westbound. At this time, Agent Remenar was able to pass the Expedition and read the vehicle's displayed California license plate. As Agent Remenar passed the Expedition, he noticed that the rear end of the Expedition appeared noticeably heavier than when he initially observed the vehicle. This led Agent Remenar to believe that the Expedition had loaded a substantial weight while pulled to the shoulder of the Interstate.

Agent Remenar contacted Border Patrol Dispatch and requested registered owner/stolen vehicle checks on the Expedition's displayed California license plate. Dispatch soon informed Agent Remenar that the vehicle was registered to Jose PINTOR-Leal. Agent Remenar, along with other members of the ECAT, have encountered alien smuggling load vehicles registered to PINTOR on numerous occasions. Vehicles registered to PINTOR have been involved in numerous events that include failures to yield and wrong-way driving.

After passing the Expedition, Agent Remenar pulled to the shoulder of the Interstate in order to regain a visual on the vehicle. Shortly thereafter, Agent Remenar observed the Expedition passing his location. Agent Remenar contacted the other members of the ECAT via Agency radio, and relayed his observations. Border Patrol Agent B. Blanchard, operating a marked Border Patrol pursuit sedan, responded to Agent Remenar's location in order to assist

Agents continued surveillance of the Expedition until passing the Willows Road Exit of Interstate 8. Agent Blanchard initiated his vehicle's fully functional emergency lights and audible siren, to which the Expedition yielded approximately one mile west of the Willows Road Exit. Agent Blanchard approached the Expedition and identified himself to the driver as a United States Border Patrol Agent. Agent Blanchard questioned the driver as to his citizenship, to which the driver, later identified as **Jose Manuel PONCE-Macareno**, stated that he was a Mexican Citizen present in the United States without immigration documentation to be or

MIP

**CONTINUATION OF COMPLAINT:**
**Jose Manuel PONCE-Macareno**
**Marcos RODRIGUEZ-Perez**

remain here legally. Agent Blanchard was able to visually observe multiple individuals attempting to conceal themselves within the Expedition. Agent Blanchard again identified himself as a United States Border Patrol Agent and questioned each of the vehicle's occupants as to their citizenship status. Each individual freely admitted to being citizens and nationals of Mexico. When asked to provide any immigration documents that would allow them to enter into the United States legally, all 12 subjects admitted that they were not in possession of any such documents. At this time, Agent Blanchard placed PONCE under arrest for violation of Title 8 USC 1324 Alien Smuggling, and separated him from the remaining subjects. Agent Blanchard then placed all 12 undocumented aliens under arrest and they were transported to the El Cajon, California Border Patrol Station for further processing.

**DEFENDANT STATEMENT:**
Name: **Jose Manuel PONCE-Macareno**

The defendant was advised of his Miranda Rights. He stated he understood his rights, and agreed to provide a statement without the presence of an attorney. The defendant stated that he is a citizen and national of Mexico without any immigration documents that would allow him to legally enter or remain in The United States.

The defendant stated he left his house in San Diego, took Highway 94 to Interstate 8 and took the Pine Valley Exit. The defendant turned around and got back on Interstate 8 the opposite way. He then stopped at Interstate 8 Call Box 415 as he had been instructed. The defendant knew he was picking up illegal aliens, and that transporting illegal aliens was illegal. The defendant was going to be paid $150.00 per illegal alien. The defendant was supposed to take the same highway back to Interstate 15 to go north to Los Angeles, California. He would be given further instructions over cellular phone throughout the trip. He stated that at the time he picked up the illegal aliens, the foot guide sat in the front "co-pilot" seat.

**DEFENDANT STATEMENT:**
Name: **Marcos Manuel RODRIGUEZ-Perez**

The defendant was advised of his Miranda Rights. The defendant stated that he understood his Miranda Rights, and agreed to provide a sworn statement without the presence or aid of an attorney.

The defendant stated that he is a Mexican citizen who does not possess any immigration documents that would allow him to enter or remain in The United States.

The defendant crossed into the United States from Mexico last Saturday at approximately 7:00 p.m. The defendant brought 11 illegal aliens across the Border with him, just east of Tecate, California, by crawling under the high steel border fence. He was the only foot guide for this group. The defendant knew that the 11 people were illegal aliens. He was going to be paid $200.00 per illegal alien to smuggle them into the United States.

MH

**CONTINUATION OF COMPLAINT:**
**Jose Manuel PONCE-Macareno**
**Marcos RODRIGUEZ-Perez**

When asked how he communicated with the driver of the vehicle that picked him and the other illegal aliens up, the defendant stated that he used a cellular phone. He identified the cellular phone that had been found in his pocket as his. When asked why the phone did not have a SIM card, the defendant produced the SIM card from one of his pockets. The defendant stated that he was taught to take the SIM card out of the phone. The defendant stated that by taking the SIM card out of the cellular phone, the phone's memory loses recent call data.

**MATERIAL WITNESSES STATEMENTS:**

Material witnesses **Everardo GAMINO-Islas, Horacio MARTINEZ-Gonzalez**, and **Rodrigo RUIZ-Padilla** all freely admitted to being citizens of Mexico illegally present in the United States without the proper documentation. The material witnesses were going to pay between $1,000.00 and $1,800.00 to be successfully smuggled into the United States. **Horacio MARTINEZ-Gonzalez**, and **Rodrigo RUIZ-Padilla** identified Marcos RODRIGUEZ-Perez as the foot-guide from a photo line-up.