FILED
APR 29 2008
MB

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE MANUEL PONCE-MACARENO (1),<br>MARCOS RODRIGUEZ-PEREZ (2),<br>Defendants. | Criminal Case No. 08CR1341-LAB<br>I N F O R M A T I O N<br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |

The United States Attorney charges:

On or about April 14, 2008, within the Southern District of California, defendants JOSE MANUEL PONCE-MACARENO and MARCOS RODRIGUEZ-PEREZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Rodrigo Ruiz-Padilla, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: April 29, 2008

KAREN P. HEWITT
United States Attorney

for CALEB E. MASON
Assistant U.S. Attorney

CEM:lg:San Diego
4/28/08